Ronald Wilcox, Esq.
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

**The following constitutes**
**the order of the court. Signed August 5, 2013**

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE

| | |
|---|---|
| In Re: | Chapter 13 |
| HYE RHEE KONG | Case No.: 08-50127 RLE |
| Debtor, | Judge Stephen L. Johnson |
| v. | |
| | Adversary Proceeding No.: |
| KELKRIS ASSOCIATES, INC DBA CREDIT BUREAU ASSOCIATES, | |
| Defendant. | |

## PROPOSED ORDER GRANTING MOTION FOR EX PARTE ORDER REOPENING CASE NO. 08-50127 TO PURSUE DISCHARGE VIOLATIONS AND OTHER RELIEF

THIS CASE came on for consideration upon the Motion for Ex Parte Order Reopening Case No. 08-50127 to Pursue Discharge Violations and Other Relief ("Motion") filed by the Debtor in the above-captioned case. The Court has considered the record and finds that the Motion is appropriate and should be granted.

**IT IS ORDERED** that Debtor's Motion is **GRANTED.**

**\*\*END OF ORDER\*\***